IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

CATALINO C. VIZCARRA )
and ESTER T. VIZCARRA, )
           )
       Plaintiffs, ) TC-MD 140198N
           )
      v. )
           )
DEPARTMENT OF REVENUE, )
State of Oregon, )
           )
       Defendant. ) **FINAL DECISION OF DISMISSAL**

The court entered its Decision of Dismissal in the above-entitled matter on July 8, 2014.

The court did not receive a request for an award of costs and disbursements (TCR-MD 19)

within 14 days after its Decision of Dismissal was entered. The court's Final Decision of

Dismissal incorporates its Decision of Dismissal without change.

This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

A case management conference was scheduled at 9:00 a.m. on June 19, 2014, to consider

Plaintiffs' appeal. On June 4, 2014, the court sent notice of the scheduled case management

conference to Plaintiffs at the email address Plaintiffs provided to the court. The notice was not

returned as undeliverable. The notice advised that if Plaintiffs did not appear, the court might

dismiss the appeal. Plaintiffs failed to appeal for the June 19, 2014, case management

conference

On June 20, 2014, the court sent Plaintiffs a letter which explained the importance of

diligently pursuing an appeal. That letter was not returned as undeliverable. The letter advised

that if Plaintiffs did not provide a written explanation by July 7, 2014, for their failure to appear,

the court would dismiss the appeal. As of this date, Plaintiffs have not submitted a written response to the court explaining their failure to appear at the June 19, 2014, case management conference. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ___ day of July 2014.


                                                    _____

ALLISON R. BOOMER
MAGISTRATE

***If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.***

***Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.***

***This Final Decision of Dismissal was signed by Magistrate Allison R. Boomer on July 29, 2014. The Court filed and entered this Final Decision of Dismissal on July 29, 2014.***